IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LISA S. SAVAGE, | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | : CIVIL ACTION NO. 17-00279-B |
| | : |
| JP MORGAN CHASE BANK, *et al.*, | : |
| | : |
| Defendants. | : |

## ORDER

This action is before the Court on Plaintiff's Motion to Dismiss, Pro Tanto, Defendant JP Morgan Chase Bank. (Doc. 13). Plaintiff reports that she has reached a pro tanto settlement with Defendant JP Morgan Chase Bank, and as a result, she seeks to dismiss all claims against JP Morgan Chase Bank with prejudice. A review of the docket reflects that no answer or motion for summary judgment has been filed on behalf of JP Morgan Chase Bank. Accordingly, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff's claims against JP Morgan Chase Bank are dismissed with prejudice. Plaintiff's claims against the remaining Defendants will proceed.

**DONE** this **3rd** day of **October, 2017.**

/s/ SONJA F. BIVINS
**UNITED STATES MAGISTRATE JUDGE**