# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| LISA S. SAVAGE,            ) <br> ) <br> Plaintiff,            ) <br> ) <br> v.            ) <br> ) <br> JPMORGAN CHASE BANK;   ) <br> TRANS UNION, LLC; and   ) <br> EXPERIAN INFORMATION   ) <br> SOLUTIONS, INC.,            ) <br> ) <br> Defendants.            ) | CIVIL ACTION FILE NO. <br> 1:17-CV-00279-B |

## NOTICE OF SETTLEMENT AS TO
## <u>DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.</u>

**COME NOW** Plaintiff Lisa S. Savage ("Plaintiff") and Defendant EXPERIAN INFORMATION SOLUTIONS, INC. ("EXPERIAN"), by and through counsel, and hereby inform the Court that a settlement of the present matter has been reached with Defendant EXPERIAN only. Plaintiff and Defendant EXPERIAN have agreed to terms and anticipate they will need approximately 60 days to conclude, and thereafter Plaintiff will file a dismissal with prejudice as to Defendant EXPERIAN.

Counsel for Plaintiff and for Defendant EXPERIAN respectfully request that the case be administratively closed as to EXPERIAN in light of the settlement, with the right of either party to reopen at any time within the next 60 days.

I, L. Jackson Young, Jr., counsel for Experian Information Solutions, Inc., hereby represent and certify that I have the express consent and permission to affix the electronic signature of the following counsel to this Notice of Settlement and that the parties have agreed to the terms hereof: Judson E. Crump, counsel for Plaintiff, Lisa S. Savage.

Dated: December 6, 2017

*/s/ L. Jackson Young, Jr.*
L. Jackson Young, Jr.
Ferguson Frost Moore & Young, LLP
1400 Urban Center Drive, Suite 200
Birmingham, AL 35242
Telephone: (205) 879-9722
Facsimile: (205) 879-8831
LJY@ffmylaw.com

*Attorney for Defendant*
*Experian Information Solutions, Inc.*

Dated: December 6, 2017

*/s/ Judson E. Crump*
Judson E. Crump, PC
250 Congress Street
Mobile, AL 36603
Telephone: (251) 272-9148
Judson@judsonecrump.com

*Attorney for Plaintiff*
*Lisa S. Savage*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of December, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notice to the following attorneys of record:

| | |
|---|---|
| Judson E. Crump<br>Judson E. Crump, PC<br>250 Congress Street<br>Mobile, AL  36603<br>Telephone: (251) 272-9148<br>Judson@judsonecrump.com<br><br>*Attorney for Plaintiff*<br>*Lisa S. Savage* | Archibald T. Reeves , IV<br>McDowell Knight Roedder & Sledge, L.L.C.<br>P.O. Box 350<br>Mobile, AL 36601<br>Telephone:  (251) 432-5300<br>Facsimile: (251) 432-5303<br>areeves@mcdowellknight.com<br><br>*Attorney Defendant*<br>*Trans Union LLC* |

                                           */s/ L. Jackson Young, Jr.*
                                           L. Jackson Young, Jr.
                                           *Attorney for Defendant*
                                           *Experian Information Solutions*