IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LISA S. SAVAGE, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION: 17-00279-KD-B |
| | ) | |
| TRANS UNION, LLC, *et al.,* | ) | |
|     Defendants. | ) | |

**ORDER**

This matter is before the Court on Plaintiff and Defendant Experian Information Solutions, Inc. (Experian)'s Notice of Settlement. (Doc. 20).

These two (2) parties notified the Court that they settled the claims between them and request 60 days to conclude the settlement, after which time Plaintiff will file a dismissal with prejudice as to Experian.   These parties further request the case be administratively closed as to Experian given the settlement, with the right of either party to reopen within the next 60 days. The jointly filed motion thus appears to seek entry of a 60 day Order from the Court – an order dismissing the claims between Plaintiff and Experian from the active docket and providing those parties leave to reinstate those claims within 60 days if the settlement does not come to fruition.

Rule 41(a)(2) of the Federal Rules of Civil Procedure provides that "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Upon consideration, the Court construes the Notice filed by Plaintiff and Experian as a Rule 41(a)(2) voluntary request for dismissal with prejudice of Experian from this case in light of the settlement reached between them.

Accordingly, Defendant Experian Information Solutions, Inc. is **DISMISSED with**

**prejudice** from this action subject to the right of either Experian or Plaintiff to reinstate the claims between them within 60 days of the date of this Order should their settlement agreement not be consummated.

Nothing herein shall be construed as dismissing Plaintiff's claims against the remaining Defendant Trans Union, LLC.

Plaintiff and Defendant Experian Information Solutions, Inc. shall bear her or its own costs, expenses and attorneys' fees in accordance with the terms of their settlement agreement.

**DONE** and **ORDERED** this the **12th** day of **December 2017.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**