IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| Lisa S. Savage, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:17-cv-00279-B |
| JPMorgan Chase Bank, | ) |
| Trans Union LLC and Experian | ) |
| Information Solutions, Inc. | ) |
| | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

COME NOW the Plaintiff and Defendant Trans Union LLC, by and through their counsel of record, and jointly stipulate that Plaintiff dismisses her claims against Trans Union LLC with prejudice, each party to bear their own costs.

RESPECTFULLY SUBMITTED this Wednesday, February 21, 2018

/s/ Judson E. Crump
Judson E. Crump

Judson E. Crump, P.C.
250 Congress Street

Mobile, Alabama 36603

judson@judsonecrump.com

251.272.9148

/s/ Archibald T. Reeves, IV (by Consent)

McDowell Knight Roedder & Sledge, L.L.C.
P.O. Box 350
Mobile, AL 36601
(251) 432-5300
Fax: 2514325303
Email: areeves@mcdowellknight.com
**Attorney for Trans Union LLC**