IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| LISA S. SAVAGE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JPMORGAN CHASE BANK; )<br>TRANS UNION, LLC; and )<br>EXPERIAN INFORMATION )<br>SOLUTIONS, INC., )<br>)<br>Defendants. ) | CIVIL ACTION FILE NO.<br>1:17-CV-00279-B |

**JOINT STIPULATION OF DISMISSAL AS TO EXPERIAN
INFORMATION SOLUTIONS, INC.**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Lisa S. Savage, ("Plaintiff") and Experian Information Solutions, Inc. ("Experian") hereby jointly stipulate and agree that Plaintiff hereby dismisses, with prejudice, her claims asserted against Experian in the above-styled action, with the parties to bear their own attorney's fees, costs, and expenses.

**[SIGNATURE BLOCKS APPEAR ON FOLLOWING PAGE.]**

I, L. Jackson Young, Jr., counsel for Experian Information Solutions, Inc., hereby represent and certify that I have the express consent and permission to affix the electronic signature of the following counsel to this Notice of Settlement and that the parties have agreed to the terms hereof: Judson E. Crump, counsel for Plaintiff, Lisa S. Savage.

Dated: June 19, 2018

/s/ L. Jackson Young, Jr.
L. Jackson Young, Jr.
Ferguson Frost Moore & Young, LLP
1400 Urban Center Drive, Suite 200
Birmingham, AL  35242
Telephone:  (205) 879-9722
Facsimile:  (205) 879-8831
ljy@ffmylaw.com

*Attorney for Defendant*
*Experian Information Solutions, Inc.*

Dated: June 19, 2018

/s/ Judson E. Crump
Judson E. Crump, PC
250 Congress Street
Mobile, AL  36603
Telephone: (251) 272-9148
Judson@judsonecrump.com

*Attorney for Plaintiff*
*Lisa S. Savage*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of June, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notice to the following attorneys of record:

Judson E. Crump
Judson E. Crump, PC
250 Congress Street
Mobile, AL  36603
Telephone: (251) 272-9148
Judson@judsonecrump.com

*Attorney for Plaintiff*
*Lisa S. Savage*

Archibald T. Reeves, IV
McDowell Knight Roedder & Sledge, L.L.C.
P.O. Box 350
Mobile, AL 36601
Telephone:  (251) 432-5300
Facsimile: (251) 432-5303
areeves@mcdowellknight.com

*Attorney Defendant*
*Trans Union LLC*

/s/ L. Jackson Young, Jr.
L. Jackson Young, Jr.

*Attorney for Defendant*
*Experian Information Solutions*